ASSOCIATED BANK RIVER CENTER
111 EAST KILBOURN AVENUE, 19TH FLOOR
MILWAUKEE, WI 53202-6622

MTFN.COM
MAIN 414.273.1300
FAX 414.273.5840



JACOB A. SOSNAY
ATTORNEY AT LAW
JAS@MTFN.COM

May 29, 2024

**VIA ECF ONLY**
Hon. Lynn Adelman
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 390
Milwaukee, WI 53202

Re: *Jerome Johnson et al. v. Edward A. Drewitz et al.*
Case No. 2:22-cv-0817

Dear Judge Adelman,

This office represents Defendants in the above-referenced matter. I am authorized by my opposing counsel, Attorney Mark Thomsen, copied herewith via the ECF filing system, to advise the Court this lawsuit has settled in its entirety. The parties anticipate finalizing the settlement in the near future and filing closing documents with the Court on or before June 21, 2024

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact either myself or Attorney Thomsen.

Very truly yours,

Jacob A. Sosnay

JAS/ms

cc: Mark Thomsen, Esq. (via ECF System Only)

#8267478 v1